476 A.2d 80

Doon v. Longhorn Corral, Inc., etc., Appellant.

Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Argued February 21, 1984. Walter J. Timby, Jr., for appellant; Robert Lapowsky, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.